JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>    Plaintiff,<br><br>v.<br><br>Sheri Lynn Gail, in her individual and representative capacity as trustee of the Sheri L. Gail Separate Property Trust;<br>The UPS Store of Dana Point, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 8:14-CV-01183-JVS-MRW<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 01, 2014  _____
                                         HONORABLE JAMES V. SELNA
                                    UNITED STATES DISTRICT COURT JUDGE